**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

PHILIP SABATINO, )
)
      Petitioner, )
) Civil Action No. 05-366 Erie
  v. )
)
PENNSYLVANIA BOARD OF )
PROBATION AND PAROLE, )
)
      Respondent. )

## MEMORANDUM ORDER

This habeas corpus action was received by the Clerk of Court on December 12, 2005, and was referred to United States Magistrate Judge Susan Paradise Baxter for report and recommendation in accordance with the Magistrates Act, 28 U.S.C. § 636(b)(1), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrates.

The Magistrate Judge's Report and Recommendation [Doc. No. 32], filed on September 15, 2006, recommended that Petitioner's Petition be dismissed as moot and that a certificate of appealability be denied. The parties were allowed ten (10) days from the date of service to file objections. Service was made on Petitioner by certified mail and on Respondent. No objections were filed. After _de novo_ review of the petition and documents in the case, together with the Report and Recommendation, the following order is entered:

AND NOW, this 5th day of October, 2006;

IT IS HEREBY ORDERED that the Petitioner's Petition for Writ of Habeas Corpus is DISMISSED as moot and a certificate of appealability is DENIED.

The Report and Recommendation [Doc. No. 32] of Magistrate Judge Baxter, filed on September 15, 2006, is adopted as the opinion of the Court.

                                    s/   Sean J. McLaughlin
                                          United States District Judge

cm:   All parties of record
        Susan Paradise Baxter, U.S. Magistrate Judge